Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
Aneliese Palmer, AK Bar No. 2201001
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
Tel: (907) 308-3395
Fax: (866) 813-8645
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com
Email: apalmer@njp-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| L. SHANE LAND and CHRISTI ANGELO, individually and as the parents of T.L., a minor child, on behalf of themselves all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT, DAVID RUSSELL, ANGELA SNOW, and LAURA KELLY,<br><br>Defendants. | Case No. 3:23-cv-00272-SLG<br><br>**STIPULATON AND PARTIAL SETTLEMENT AGREEMENT RE: PARENT SUBCLASS** |

COME NOW the parties, by and through their respective counsel of record, and hereby stipulate and agree as follows:

WHEREAS Plaintiffs L. Shane Land, Christi Angelo, and T.L., a minor child, filed this lawsuit on December 4, 2023, challenging the Matanuska-Susitna Borough School District's ("MSBSD") use of restraint and seclusion on students with disabilities;

STIPULATION AND PARTIAL SETTLEMENT AGREEMENT RE: PARENT SUBCLASS
*L. Shane Land, et al. v. Matanuska-Susitna Borough School District, et al.*
Case No. 3:23-cv-00272-SLG
Page 1 of 4

Case 3:23-cv-00272-SLG    Document 51    Filed 05/16/25    Page 1 of 4

WHEREAS Plaintiffs sought to represent two subclasses pursuant to Fed. R. Civ. P. 23: (1) a "Student Subclass" comprised of all current MSBSD students with an identified disability (including, but not limited to, students with an Individualized Education Plan or Section 504 plan) who have been subjected to a "restraint" or "seclusion" by District personnel;[1] and (2) a "Parent Subclass" composed of all parents and legal guardians of current MSBSD students with an identified disability who have been restrained or secluded.

WHEREAS the Third Claim in the Plaintiffs' complaint is filed on behalf of the Parent Subclass and alleges that MSBSD is violating AS 14.33.125(d) by failing to provide parents and guardians with a timely written report following an incident of restraint or seclusion;

WHEREAS the parties stipulated to certification of the Parent Subclass on March 17, 2025, at Docket 42;

WHEREAS the Court certified the Parent Subclass on March 18, 2025, at Docket 43;

WHEREAS the parties have been engaged in arms' length negotiations with regard to the the Third Claim and have determined that it is in the parties' mutual interest to settle the Third Claim without further litigation;

**IT IS HEREBY STIPULATED AND AGREED** as follows:

1. On the same school day as any incident of restraint or seclusion, MSBSD shall verbally notify the student's parents or legal guardians of the incident, including (i) a description of the behavior(s) that prompted the restraint or seclusion; (ii) the duration of each restraint and seclusion; and (iii) whether the student was seen by a school nurse after the incident and any injuries observed by the nurse.

---

[1] The terms "restraint" and "seclusion" are defined in AS 14.33.125(g).

STIPULATION AND PARTIAL SETTLEMENT AGREEMENT RE: PARENT SUBCLASS
*L. Shane Land, et al. v. Matanuska-Susitna Borough School District, et al.*
Case No. 3:23-cv-00272-SLG
Page 2 of 4

Case 3:23-cv-00272-SLG    Document 51    Filed 05/16/25    Page 2 of 4

2. MSBSD shall send a written report of any incident of restraint or seclusion—consisting of MSBSD forms 702C, 702D, and a Seclusion Log (if applicable)—to the student's parents or legal guardians within three business days of the incident.

3. The written report required under paragraph 2 shall be sent by e-mail or other verifiable means, such as certified mail.

4. MSBSD will track the restraint/seclusion reports on the Synergy Education Platform (or similar platform used by the District in the future). The information tracked will include the date of the incident and the date that the report was sent to the student's parents or guardians.

5. During the pendency of this lawsuit and for a period of three years after the entry of final judgment, MSBSD will provide reports to Class Counsel stating the total number of written reports that were provided under paragraph 2 and the number of which were timely/untimely at the following intervals:

(a) Until a final judgment is entered in this litigation, MSBSD will provide Class Counsel with a report under this paragraph for each school quarter. The reports shall be provided within 30 calendar days after the end of each quarter.

(b) After a final judgment is entered in this litigation and until the end of the school year in which the final judgment is entered, MSBSD will continue to provide Class Counsel with a report for each school quarter. The reports shall be provided within 30 calendar days after the end of each quarter.

(c) For two full school years following the end of MSBSD's quarterly reporting obligation under subparagraph (b), MSBSD will provide Class Counsel with a report

STIPULATION AND PARTIAL SETTLEMENT AGREEMENT RE: PARENT SUBCLASS
*L. Shane Land, et al. v. Matanuska-Susitna Borough School District, et al.*
Case No. 3:23-cv-00272-SLG
Page 3 of 4

Case 3:23-cv-00272-SLG    Document 51    Filed 05/16/25    Page 3 of 4

for each school semester. The reports shall be provided within 30 calendar days after the end of each semester.

6. The Third Claim in the Plaintiffs' complaint shall be dismissed with prejudice.

7. The Court shall retain jurisdiction over the parties and this action to enforce, construe, and apply the terms of this Settlement Agreement and Order and decide any dispute that may arise under it.

8. Plaintiff T.L.'s individual claims and the Student Subclass claims shall not be affected by this stipulation.

DATED this 16th day of May, 2025.

NORTHERN JUSTICE PROJECT, LLC
Attorneys for Plaintiffs

By: /s/ Goriune Dudukgian
    Goriune Dudukgian, ABA No. 0506051
    Nicholas Feronti, AK Bar No. 2106069
    Aneliese Palmer, AK Bar No. 2201001

DATED this 16th day of May, 2025.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Defendants

By: /s/ Megan N. Sandone (consent)
    Megan N. Sandone, ABA No. 1005026

STIPULATION AND PARTIAL SETTLEMENT AGREEMENT RE: PARENT SUBCLASS
*L. Shane Land, et al. v. Matanuska-Susitna Borough School District, et al.*
Case No. 3:23-cv-00272-SLG
Page 4 of 4

Case 3:23-cv-00272-SLG   Document 51   Filed 05/16/25   Page 4 of 4