# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

L. SHANE LAND, individually and as the parents of T.L., a minor child, on behalf of themselves all those similarly situated, *et al.*,

        Plaintiffs,

  v.

MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT, *et al.*,

        Defendants.

Case No. 3:23-cv-00272-SLG

## ORDER RE JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF PARENT SUBCLASS CLAIM

Upon consideration of the parties' *Stipulation and Partial Settlement Agreement Re: Parent Subclass* ("Stipulation") at Docket 51 and *Joint Motion for Preliminary Approval of Settlement of Parent Subclass Claim* ("Joint Motion") at Docket 52, the Court hereby GRANTS the Joint Motion and makes the following orders:

1. Pursuant to Federal Rule of Civil Procedure 23(e), the Court grants preliminary approval of the settlement of the Parent Subclass claim, the terms of which are set forth in the Stipulation. The Court finds that the settlement appears to be the product of serious, informed, non-collusive negotiations; does not grant improper preferential treatment to class representatives or other segments of the class; falls within the range of

possible approval; and has no obvious deficiencies.

2. The Court hereby ADOPTS the terms of the Stipulation as the ORDER of the Court pending the determination of final approval of the settlement.

3. Notice of the settlement to the individual members of the Parent Subclass shall not be required in this class action certified under Rule 23(b)(2) because the Parent Subclass has not asserted any claim for monetary damages in this case and the Stipulation provides only injunctive relief.

4. A hearing on final approval of the settlement of the Parent Subclass claims shall be held on a later date that will be scheduled by the Court.

DATED this 21st day of May, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00272-SLG, *Land, et al. v. MSBSD, et al.*
Order re Joint Motion for Preliminary Approval of Settlement of Parent Subclass Claim
Page 2 of 2
Case 3:23-cv-00272-SLG    Document 54    Filed 05/21/25    Page 2 of 2